# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE SUBPOENA OF GRAHAM STEVENS<br><br>PRAXAIR, INC. and GRAHAM STEVENS,<br><br>Movants. | )<br>)<br>)<br>)<br>)    Misc. Case No. 1:18-MC-10040-EJL-REB<br>)<br>)<br>)<br>) |

| | |
|---|---|
| CHINA PETROCHEMICAL DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRAXAIR, INC., ANNE ROBY, JOHN PANIKAR, VERNON THAD EVANS, JOYCE CHEN, YU LING SHIEH, MEI LU, WILLIAM PEARCE, STEVE RIDDICK, JAMES WILLIAM SHAUGHNESSY, TOM SCHULTE, MARK JOSEPH MURPHY and STEVE ANGEL,<br><br>Defendants,<br><br>and<br><br>PRAXAIR CHEMAX SEMICONDUCTOR MATERIALS COMPANY LIMITED,<br><br>Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)    District of Connecticut<br>)    Civil Action No. 3:17-cv-2005-SRU<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO WITHDRAW SUBPOENA AND MOTION TO QUASH, AND THEREBY DISMISS MISCELLANEOUS ACTION WITHOUT PREJUDICE

1.     On December 4, 2017, Plaintiff China Petrochemical Development Corporation

("CPDC") filed a Complaint in the United States District Court for the District of Connecticut

against Defendants Praxair, Inc.; Dr. Anne Roby; John Panikar; Vernon Thad Evans; Joyce

Chen; Yu Ling Shieh; Mei Lu; William Pearce; Stephen Riddick; James William Shaughnessy;

-1-

Tom Schulte; Mark Joseph Murphy; and Stephen Angel; and Nominal Defendant Praxair Chemax Semiconductors Materials Company Limited ("PCSM").[1]

2.     On February 5, 2018, CPDC served on Graham Stevens a non-party Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and a non-party Subpoena to Testify at a Deposition in a Civil Action (the "Subpoenas").

3.     On March 2, 2018, Defendants and Mr. Stevens timely filed a Motion to Quash or, in the Alternative, for a Protective Order, in the United States District Court for the District of Idaho. [Dkt. 1].

4.     Subsequently, the parties agreed to stay discovery in the underlying District of Connecticut litigation, and are preparing to file a stipulation to that effect with the District of Connecticut.

5.     Accordingly, in light the upcoming due date for CPDC's opposition brief in this miscellaneous action, CPDC has agreed to withdraw the Subpoenas, without prejudice, thus terminating the need for Defendants' Motion to Quash.

6.     The parties also have agreed that, should CPDC seek to re-issue the Subpoenas following the resumption of discovery in the underlying District of Connecticut action, Defendants' counsel will accept service of such Subpoenas on behalf of Mr. Stevens and cooperate with CPDC in establishing a briefing schedule on any motion practice related to the Subpoenas.

SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED:

1.     CPDC hereby withdraws the Subpoenas served on Mr. Stevens on February 5,

---

[1] Joyce Chen, Yu Ling Shieh, Mei Lu, and PCSM have not yet been served.

2018, without prejudice, reserving the right to re-issue them following any resumption of discovery in the underlying District of Connecticut action.

2.    Defendants and Mr. Stevens hereby withdraw the Motion to Quash filed on March 5, 2018, without prejudice, reserving the right to file a motion to quash and/or seek a protective order in response to any future subpoenas issued to Mr. Stevens.

3.    In the absence of any remaining dispute given the withdrawal of the Subpoenas, Defendants and Mr. Stevens hereby voluntarily dismiss the current miscellaneous proceedings in *In re Subpoena of Graham Stevens*, Case No. 18-MC-10040, pending before this Court, without prejudice, reserving the right to seek relief from this Court in response to any future subpoenas issued to Mr. Stevens.

The parties have made good faith efforts to meet and confer in order to resolve disputes.

Date:   March 20, 2018                                          Respectfully submitted,


*/s/ Keely E. Duke*                                          */s/ Alexander S. Lorenzo*
Keely E. Duke (6044)                                        Alexander S. Lorenzo
1087 W River Street, Suite 300                      ALSTON & BIRD LLP
Boise, ID 83702                                              90 Park Avenue
Telephone: (208) 342-3310                           New York, NY 10016
Email: ked@dukescanlan.com                      Tel.: (212) 210-9400
                                                                       alexander.lorenzo@alston.com

*Counsel for Movants*
                                                                       *Counsel for Respondent*